**Exhibit A to the Complaint**

**Location:** Winter Springs, FL  
**Total Works Infringed:** 39

**IP Address:** 104.136.123.243  
**ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 0556BB418BB883A18019D2498F9763DA83DBE097<br>File Hash:<br>A04E22EF63D6E667C7D75921B263C68C8C9FFA058DF066F0F50E7A645BC9372B | 10-27-2021 14:00:12 | Blacked Raw | 10-25-2021 | 11-11-2021 | PA0002321278 |
| 2 | Info Hash: AD63AF3BF180ED28C5D87EF0933249B57BC66294<br>File Hash:<br>499760B9C3767B564404A75FF9798320F63E0EAAB5D02BA5F1FCA6A5C54E2FC3 | 10-25-2021 05:38:21 | Blacked | 10-23-2021 | 11-11-2021 | PA0002321276 |
| 3 | Info Hash: 044E18736573C1921E8FFC1A4B8520E14B10DA16<br>File Hash:<br>799FCC0D16D40F531208EFC7E8ED3DD86A315CF59AADF5029B0A1AACE1E44346 | 10-20-2021 17:07:50 | Blacked Raw | 10-18-2021 | 11-11-2021 | PA0002321314 |
| 4 | Info Hash: E77E7917B5F3C73AD9E3925EBF133C8A7B3F49C4<br>File Hash:<br>A6CD82E7EA47C9102414E1769267CCCC740102FAF27221768FA1702B8E41FF3D | 10-19-2021 17:35:01 | Tushy | 10-17-2021 | 11-11-2021 | PA0002321294 |
| 5 | Info Hash: AC75F6B67B4EBAE69972BD068F141E72208FCDF5<br>File Hash:<br>A11FFDCE1A1B52EFF96752F96F141BD77FD8AF6E85C62607DD1269706957AE2F | 10-18-2021 15:14:42 | Blacked | 10-16-2021 | 10-19-2021 | PA0002317055 |
| 6 | Info Hash: 6035AA12C63BA7B5A3BD424C629C41DCB5C5E94D<br>File Hash:<br>A5330871A31599822F5ECED5AB8C9376CD354FB59A0728B501459406CA1FA6A3 | 10-14-2021 13:47:53 | Blacked Raw | 10-11-2021 | 10-19-2021 | PA0002317052 |
| 7 | Info Hash: BF799CA7187B8FFD6B49959E13F1D7FD203FA1C3<br>File Hash:<br>5401FADA9281892C875F0E0B07AB1111F1BADF243FE2979BF86E3FFC56B1A742 | 10-13-2021 23:10:06 | Tushy | 10-10-2021 | 12-03-2021 | PA0002333661 |
| 8 | Info Hash: 644EF1BBC297123508226CB622D546690BA22249<br>File Hash:<br>89E18C3051E0E4C52344EB58518B241F19BFC053B7D43CB37E70E9FD27FFE0E6 | 10-12-2021 19:53:22 | Blacked | 10-09-2021 | 10-19-2021 | PA0002317059 |
| 9 | Info Hash: 0EDEEB3EFB1595EC8FD6F5FF35A07BE00B91E1E8<br>File Hash:<br>3973944F36D613CC8418865FAF957994D12F45845EF626482A808D394DC2BA98 | 10-11-2021 15:25:07 | Vixen | 10-08-2021 | 11-11-2021 | PA0002321269 |
| 10 | Info Hash: 6A00B3AD102D29D6DA16E2BADEA04A681F2A2E3B<br>File Hash:<br>26AD108DA490FC73928B0AEA7A7919DB19D248D8BF277589820998B4829B41F0 | 10-06-2021 15:42:48 | Blacked Raw | 10-04-2021 | 10-19-2021 | PA0002317056 |
| 11 | Info Hash: F6DF6136036FD1AC6A63FC65223FB3548A7A67FB<br>File Hash:<br>C126126E12706240571EBD2119FA12AB4463F0F5B304E6DF6EE908560F1E9AA5 | 10-02-2021 02:21:09 | Blacked | 09-29-2021 | 11-11-2021 | PA0002321302 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 37967D2FD4A78721BCCB0DA7038F8933F074FB60<br>File Hash: 562E04C943120CC98F3B6D48DABBA877D5BB23A106E1CA53199FC56776DBC2FE | 10-01-2021 22:42:32 | Vixen | 09-29-2021 | 11-11-2021 | PA0002321322 |
| 13 | Info Hash: 37B79D5889FE5985783BA9458C88F6912DEE7A29<br>File Hash: FD9180F36314B4F5A595516A24F03518B9D624AF60D2044C211118CE83C2AB94 | 09-30-2021 04:27:28 | Vixen | 09-24-2021 | 11-11-2021 | PA0002321289 |
| 14 | Info Hash: CCF640BE0F22EDFFA9A663CAF10C58DAFF0F7291<br>File Hash: 302D8E587237A608442ABBB835E6496B29280BD0D18E9997F623E4F4E6FF138C | 09-30-2021 03:33:38 | Blacked | 09-25-2021 | 10-05-2021 | PA0002315288 |
| 15 | Info Hash: 4EBC017ACD73056D259280A6889B1E5D096C70AB<br>File Hash: D231B67080FC1F806279B7C6856B6FA58C72A5D0461DDA3591480A0FDA36516B | 09-30-2021 03:08:43 | Blacked Raw | 09-27-2021 | 10-19-2021 | PA0002317054 |
| 16 | Info Hash: 53FC7EC290722C6733CAB27F065ED79D309A1AE9<br>File Hash: 584E3F7E0529E19FFA76EF625FDA3D97BB860E44CA4E98FDD795985F200171F6 | 09-30-2021 02:06:27 | Blacked Raw | 09-20-2021 | 11-11-2021 | PA0002321298 |
| 17 | Info Hash: 0E02F7035E6C0A7B806023E254BE4B877B859AFE<br>File Hash: 061A655D71EED8816773D4D81C2685BE46EEACFFE09679F1D84F8255267C6A3C | 09-29-2021 23:22:04 | Tushy | 09-19-2021 | 10-19-2021 | PA0002317058 |
| 18 | Info Hash: 8E53FF2E1F38259E5F74502C9F49DBDAC1BC341B<br>File Hash: 457946B198BE4FA38CC1DD3CB44F63670A89961950BF542FCC977EB501794233 | 09-23-2021 17:08:14 | Vixen | 09-17-2021 | 10-05-2021 | PA0002315292 |
| 19 | Info Hash: DCABC181A87ADA1A22F3A94523BC47844C79EE20<br>File Hash: 9B569593FEF7EFA7F289DC6EACA781D8A4AA9DE8AD7986A4907AA10CBFE8D603 | 09-01-2021 16:44:15 | Vixen | 08-27-2021 | 09-30-2021 | PA0002319735 |
| 20 | Info Hash: 7B72E3B1893E2790EAB75ADEB289722092940998<br>File Hash: A1803B918EF27AC63E6EAC300110EBFBA330D06757F2F03E417971C2A3112386 | 08-25-2021 16:45:04 | Blacked Raw | 08-23-2021 | 09-21-2021 | PA0002312669 |
| 21 | Info Hash: B22286C1F80403E5873A5A3F15FB4B270FB4CDFE<br>File Hash: 8EF209FB4B8236108E2F39BFE8228149F9871441CB59BC82AE25A07165DC070E | 08-24-2021 01:16:11 | Blacked | 08-19-2021 | 09-30-2021 | PA0002319753 |
| 22 | Info Hash: B3C0FDF6D0FEF30F71549E1399500D6A932FAD19<br>File Hash: F25027B6FF0C778172A1070478CD96421152D6B461643F984130226FC0ED6185 | 08-21-2021 14:40:51 | Tushy | 02-21-2021 | 03-08-2021 | PA0002280370 |
| 23 | Info Hash: FD865E2B8D5F117ED83F3FD07113371F03C62A0B<br>File Hash: E543D3637AE76F35F80302CD0B33D5CCC4ED8D94C159A539329B629B1FC2350E | 08-21-2021 05:18:53 | Tushy | 09-20-2020 | 09-29-2020 | PA0002258683 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 54F7FD3FB7A3636326E28499C9A8EAF88BA22E43<br>File Hash: 881181081A5469DF933A3A7DDC466F70F2A4E6E81B4B8F3A77AEAC53356C36C0 | 08-20-2021 12:23:43 | Blacked | 08-14-2021 | 08-23-2021 | PA0002308398 |
| 25 | Info Hash: 6746F76DAB40993BD278D97863BA0C84EA2CD7A3<br>File Hash: F7D9D68B8FC913B7183B6763D7424B3FD8E74DCCCCA69EF5AF82640C3DB263A3 | 08-20-2021 12:08:31 | Blacked Raw | 08-09-2021 | 08-23-2021 | PA0002308396 |
| 26 | Info Hash: 810363F9FFF4342EF173C2C30784C811E8F941BF<br>File Hash: 9E8B453850957B0129513929AA52F98F20308E7ABDFB432C19C12FD5001D3AA0 | 08-19-2021 01:50:48 | Vixen | 08-06-2021 | 08-23-2021 | PA0002308435 |
| 27 | Info Hash: 07257BEC82CCA1955ADD964AE5BDDC13D4A5FD0A<br>File Hash: 4662DDB80A158B410863AB0836C346F653ABD827C1F92E52C2F3186280F760B7 | 08-18-2021 12:47:11 | Vixen | 08-13-2021 | 09-08-2021 | PA0002316101 |
| 28 | Info Hash: 9B543B02B83223AEA59815F19FE9BC87C07958D7<br>File Hash: BB71EAE8FCFF67EF623220E917FC9BDA75C3A4DE0AE01AE6B5CB7A287BAD19FE | 08-17-2021 02:15:40 | Blacked | 08-07-2021 | 08-23-2021 | PA0002308431 |
| 29 | Info Hash: 05060BDE36F9397AB023AD369BC9F9718E584065<br>File Hash: 88E45EDF4770BEA591F4385CE1351485DD13F9A8AB3243BA56BF9E1FD0AA7D35 | 08-07-2021 00:23:15 | Blacked | 01-30-2021 | 02-26-2021 | PA0002283695 |
| 30 | Info Hash: FABF2467D0C024206D5BBC8599E1CB1E5117BD8C<br>File Hash: 0D56B09BFA1A7F1253A3C347EC14B6DDAF53EDE7BDB224F3C9B8CCB559B97559 | 08-06-2021 10:35:45 | Blacked | 07-14-2019 | 08-02-2019 | PA0002192303 |
| 31 | Info Hash: D088D4B9015C2F8C1DD23A4813A08B216F428399<br>File Hash: 0BF9091086EB0C13C13C34319771E663F51DAE81D896AE19D345A65275E58AB7 | 08-06-2021 10:35:04 | Blacked Raw | 04-22-2019 | 06-03-2019 | PA0002178771 |
| 32 | Info Hash: 3C729A434589E8088854EF52BA98AF4DA7C8DB8D<br>File Hash: 5A82DBB63F749AF866C80BE1055B9787C4C227A3E861247BF4FAE9991CCF960B | 08-06-2021 04:00:09 | Blacked Raw | 08-20-2019 | 09-13-2019 | PA0002200701 |
| 33 | Info Hash: E79EC4D3FEB92367693E14BB727D49796B3C6C6F<br>File Hash: 51FC290F5DE0285E7040A7FD84A7DF71182816A326C1B56160787D513A7C0DD1 | 08-05-2021 15:27:58 | Blacked Raw | 08-02-2021 | 08-23-2021 | PA0002308428 |
| 34 | Info Hash: 9E8381EAB565B293387BC24897D8E214956C7395<br>File Hash: CDE851A4C4E00009D765110B63CDBAA04ACF3675D5EAF00179925B78F946CDB9 | 08-02-2021 14:22:24 | Tushy | 08-01-2021 | 09-30-2021 | PA0002320423 |
| 35 | Info Hash: 85FE27D52F4EFE6486F8B6EAAB165B1DE246CC4D<br>File Hash: FB323E9CB9BB59ECE248735D58F6ECDDDE8A60BF7D7DAC31E7DFE51BFE3DED95 | 08-02-2021 13:23:47 | Blacked | 07-31-2021 | 08-23-2021 | PA0002308430 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: AD6A93A1C5E3A28353EA69CC8965A2CB796064D4<br>File Hash:<br>562765D9C233FC228985B825224366C6B722ADBEB310EEF7CBA37B95D8B7EF94 | 08-01-2021 17:33:14 | Blacked Raw | 06-21-2019 | 08-27-2019 | PA0002213241 |
| 37 | Info Hash: 3917E23A20D11C20256683DBD92B8601ECAA8554<br>File Hash:<br>4CDAB90C13E349B2B90D24F9411BE3734327D69571C7FE68C32E272BD72C3AFC | 08-01-2021 17:32:57 | Blacked | 09-27-2019 | 10-07-2019 | PA0002205468 |
| 38 | Info Hash: 647CFD990FA697C165D54F27CA9CBC3AD9C7C54B<br>File Hash:<br>E2B7478671B64EC94426BE920E869CF327EAB0436CBC5C8D1CE5CC23E5AF793B | 08-01-2021 06:11:38 | Tushy | 08-04-2019 | 08-22-2019 | PA0002195508 |
| 39 | Info Hash: 79DFFF20AECDA023C36025B3991C6A147DE4E4F9<br>File Hash:<br>9B237157BFA7915EFF40E488846E6ADED443B73FC6F9F3CCACFAE31FA88B7CAA | 07-28-2021 12:52:49 | Blacked Raw | 07-26-2021 | 09-21-2021 | PA0002312675 |